# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

BOBBI J. STEELE, :

    Plaintiff,                       Case No. 3:12-cv-156

    -vs-                            District Judge Walter Herbert Rice
                                    Magistrate Judge Michael R. Merz

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

## RECUSAL ORDER

This case is before the Court on Plaintiff's First Motion for Attorney Fees (Doc. No. 15). In light of the impending retirement of Patricia Ann Zimmer, the law clerk who has assisted with Social Security cases since 1984, and the consequent removal of the undersigned from the Social Security case draw, the undersigned hereby RECUSES himself from further adjudication of this case and directs that the Clerk randomly assign it to one of the other Magistrate Judges as Dayton for further adjudication.

March 19, 2013.

                                                                       s/ *Michael R. Merz*
                                                                    United States Magistrate Judge