IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BOBBI J. STEELE,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:12-cv-156

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #21), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on October 30, 2013 (Doc. #21) is **ADOPTED** in full;

2. Plaintiff's motion for an EAJA fees and costs award (Doc. #15) is **GRANTED**, and Plaintiff is entitled to an EAJA fees/costs award in the total amount of $4,690.00. Accordingly, Plaintiff is **AWARDED** the sum of $4,690.00; and

3. The case remains **TERMINATED** on the docket of this Court.

Date: 11-19-13

                                                              Walter Herbert Rice
                                                       United States District Judge